UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Craig Johnson,

           Plaintiff,

vs.                                 ORDER ADOPTING THE
                                     REPORT AND RECOMMENDATION

United Business Mail MPLS
Federal Reserve Bank MPLS,

           Defendants.               Civ. No. 16-1040 (ADM/LIB)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**

    1.    Plaintiff Craig Johnson's application for leave to proceed *in forma pauperis*, [Docket No. 2], is DENIED.

    2.    Johnson's complaint is DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915(e)(2)(B)(ii).

LET JUDGMENT BE ENTERED ACCORDINGLY.

                                                    s/Ann D. Montgomery
                                                    Ann D. Montgomery, Judge

DATED: June 28, 2016                     United States District Court
At Minneapolis, Minnesota